District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSIGAB A. GEBRAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:23-cv-870-BJR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for thirty days. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of their Form 1-730s, Refugee/Asylee Relative Petitions. The parties are currently working diligently towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND ORDER TO HOLD
CASE IN ABEYANCE   - 1
 (23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

U.S. Citizenship and Immigration Services ("USCIS") issued Requests for Evidence ("RFEs") to Plaintiffs on July 6, 2023. Shortly thereafter, Plaintiffs responded to the RFEs. USCIS is currently reviewing the responses and working on adjudicating the petitions. Therefore, the parties believe good cause exists to continue the stay to save the parties and the Court from spending unnecessary time and judicial resources on this matter.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings for thirty days. The parties will submit a joint status report on or before September 13, 2023.

Dated: August 10, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 241 words, in compliance with the Local Civil Rules.*

*s/ Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email: jane@osullivanlawoffice.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO HOLD CASE IN ABEYANCE       - 2
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before September 13, 2023.

DATED this 10th day of August, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO HOLD
CASE IN ABEYANCE       - 3
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970