District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSIGAB A. GEBRAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:23-cv-870-BJR <br><br> STIPULATED MOTION AND PROPOSED BRIEFING SCHEDULE |

The parties hereby provide the Court with a proposed briefing schedule for Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedures 12(b)(1) and 12(b)(6). Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of their Form I-730s, Refugee/Asylee Relative Petitions, that they claim have been unreasonably delayed. Since this litigation commenced, U.S. Citizenship and Immigration Services ("USCIS") approved Plaintiffs' Form I-730s. Because the beneficiaries reside in Ethiopia, the State Department will determine their travel eligibility once the case is transferred to the U.S. Embassy in Addis Ababa. Defendants' position is that the Department of State should not be held responsible for a processing delay by USCIS; Plaintiffs'

STIPULATED MOTION FOR
BRIEFING SCHEDULE     - 1
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  position is that the Form I-730 adjudication and travel eligibility that should be measured as one
2  continuous process.  The parties do not dispute the overall timing of the process thus far.
3        Accordingly, the parties propose the following briefing schedule for Defendants' motion to
4  dismiss:

| **Filing** | **Deadline** |
|---|---|
| Defendants' motion to dismiss | September 22, 2023 |
| Plaintiffs' response to the motion | October 23, 2023 |
| Defendants' reply in support of the motion | October 27, 2023 |

Dated: September 11, 2023

                Respectfully submitted,

                TESSA M. GORMAN
                Acting United States Attorney

                *s/Michelle R. Lambert*
                MICHELLE R. LAMBERT, NYS #4666657
                Assistant United States Attorney
                United States Attorney's Office
                1201 Pacific Avenue, Suite 700
                Tacoma, Washington 98402
                Phone:  253-428-3824
                Email:  michelle.lambert@usdoj.gov
                *Attorneys for Defendants*

                *I certify that this memorandum contains 193 words,*
                *in compliance with the Local Civil Rules.*

                *s/ Jane Marie O'Sullivan*
                JANE MARIE O'SULLIVAN
                WSBA#34486
                O'Sullivan Law Office
                2417 Pacific Avenue SE, 2nd Floor
                Olympia, Washington 98501
                Phone: 206-340-9980

STIPULATED MOTION FOR
BRIEFING SCHEDULE - 2
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Email: jane@osullivanlawoffice.com
*Attorney for Plaintiff*

STIPULATED MOTION FOR
BRIEFING SCHEDULE          - 3
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Defendants' motion to dismiss | September 22, 2023 |
| Plaintiffs' response to the motion | October 23, 2023 |
| Defendants' reply in support of the motion | October 27, 2023 |

DATED this 12th day of September, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION FOR
BRIEFING SCHEDULE     - 4
(23-cv-870-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970