District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSIGAB A. GEBRAY, *et al.*,

                Plaintiffs,

      v.

ALEJANDRO MAYORKAS, *et al.*,

                Defendants.

Case No. 2:23-cv-00870-BJR

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

       Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through May 20, 2024.  Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of their Form 1-730s, Refugee/Asylee Relative Petitions. This case is currently stayed through March 29, 2024.  Dkt. No. 22, Minute Order.  For good cause, the parties request that this case continue to be stayed through May 20, 2024.

       Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2    P. 1.

3        With additional time, this litigation may be resolved in its entirety.  The beneficiaries'

4    initial security vetting has been completed.  The Embassy referred the beneficiaries to a physician

5    with the United Nations' International Office of Migration ("IOM") to conduct medical exams.

6    he medical reports for two of the beneficiaries are ready.  The third beneficiary's medical is

7    pending test results.  After the results are obtained and assuming none of the beneficiaries are

8    subject to a medical ineligibility, then the consular officer will notify the Refugee Processing

9    Center, which will find a resettlement agency to sponsor the beneficiaries.  Lastly, and if the

10   beneficiaries clear the prior steps, the Embassy will issue a boarding foil so that the beneficiaries

11   can fly to the United States.  IOM will make the necessary travel arrangements.

12       Additional time is required to allow these processes to be completed.  Therefore, the

13   parties believe good cause exists to stay this proceeding through May 20, 2024, to save the parties

14   and the Court from spending unnecessary time and judicial resources on this matter.  Accordingly,

15   the parties jointly stipulate and request that the Court stay these proceedings through May 20,

16   2024.  The parties will submit a joint status report on or before May 20, 2024.

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24       DATED this 28th day of March, 2024.

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1   Respectfully submitted,

2   TESSA M. GORMAN                          O'SULLIVAN LAW OFFICE

3   TESSA M. GORMAN
    United States Attorney                   *s/Jane Marie O'Sullivan*
4                                            JANE MARIE O'SULLIVAN, WSBA#34486
    *s/Michelle R. Lambert*                  2417 Pacific Avenue SE, 2nd Floor
5   MICHELLE R. LAMBERT, NYS #4666657        Olympia, Washington 98501
    Assistant United States Attorney         Phone: (206) 340-9980
6   United States Attorney's Office          Email:  jane@osullivanlawoffice.com
    Western District of Washington
7   1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98402
8   Phone: (253) 428-3824
    Email:  michelle.lambert@usdoj.gov       *Attorney for Plaintiffs*
9
    *Attorneys for Defendants*
10
    ***I certify that this memorandum contains 371***
11  ***words, in compliance with the Local Civil***
    ***Rules.***
12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## ORDER

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before May 20, 2024.

DATED this 28th day of March, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800