District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSIGAB A. GEBRAY, *et al.*,

           Plaintiffs,

      v.

ALEJANDRO MAYORKAS, *et al.*,

           Defendants.

No. 2:23-cv-870-BJR

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through August 19, 2024. Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of their Form I-730s, Refugee/Asylee Relative Petitions. This case is currently stayed through May 20, 2024. Dkt. No. 24, Order. For good cause, the parties request that this case continue to be stayed through August 19, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this litigation should be resolved in its entirety. Since the last filing, the government has completed processing the beneficiaries' boarding foils. Based on medical reports from exams performed by the United Nations' International Office of Migration ("IOM"), the Embassy found the beneficiaries to be medically eligible for travel documents. The Refugee Processing Center found a resettlement agency to sponsor the beneficiaries. As a result, the Embassy issued boarding foils so that the beneficiaries can fly to the United States. The Embassy's work on this matter is now complete. IOM is in the process of making the necessary travel arrangements. IOM was attempting to schedule flights for this week, but the beneficiaries need to provide renewed (valid) travel documents so that IOM can reschedule their travel. Plaintiffs estimate that it will take approximately 3 months to obtain renewed travel documents from the Ethiopian government.

Therefore, the parties believe good cause exists to stay this proceeding through August 19, 2024, to save the parties and the Court from spending unnecessary time and judicial resources on this matter. Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through August 19, 2024. The parties will submit a joint status report on or before August 19, 2024.

Dated: May 20, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE          - 2
23-cv-870-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 377 words, in compliance with the Local Civil Rules.*


*s/ Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com
*Attorney for Plaintiff*

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE                - 3
23-cv-870-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**ORDER**

2          The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file

3   a joint status report on or before August 19, 2024.

4

5          DATED this 22nd day of May, 2024.

6

7

8

Barbara Jacobs Rothstein
9   U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE            - 4
23-cv-870-BJR