District Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TSIGAB A. GEBRAY, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>              Defendants. | Case No. 2:23-cv-00870-BJR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through September 18, 2024. Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of Plaintiffs Rahel's, Miriam's, and Sirak's Form 1-730s, Refugee/Asylee Relative Petitions. This case is currently stayed through August 19, 2024. Dkt. No. 26, Order. For good cause, the parties request that this case continue to be stayed through September 18, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R.
3  Civ. P. 1.

4      With additional time, this litigation should be resolved in its entirety. Since the last
5  filing, the United Nations' International Office of Migration ("IOM") scheduled the
6  beneficiaries for travel to the United States. Plaintiff Rahel is currently scheduled to travel to
7  the United States on August 29, 2024. Plaintiffs Sirak and Miriam were scheduled for departure
8  to the United States on August 13, 2024. However, the IOM's physician found one of the
9  siblings medically unfit to travel on that day. The IOM physician must medically clear the
10 sibling for travel and then IOM will reschedule their travel to the United States. The Embassy
11 has no role in scheduling travel.

12     Therefore, the parties believe good cause exists to stay this proceeding through August
13 19, 2024, to save the parties and the Court from spending unnecessary time and judicial
14 resources on this matter. Accordingly, the parties jointly stipulate and request that the Court
15 stay these proceedings through September 18, 2024. The parties will submit a joint status report
16 on or before September 18, 2024.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 16th day of August, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email:  jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

**I certify that this memorandum contains 343 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before September 18, 2024.

DATED this 20th day of August, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800