District Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TSIGAB A. GEBRAY, *et al.*, <br><br>                 Plaintiffs, <br><br>v. <br><br>ALEJANDRO MAYORKAS, *et al.*, <br><br>                 Defendants. | Case No. 2:23-cv-00870-BJR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through October 18, 2024. Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of Plaintiffs Rahel's, Miriam's, and Sirak's Form 1-730s, Refugee/Asylee Relative Petitions. This case is currently stayed through September 18, 2024. Dkt. No. 26, Order. For good cause, the parties request that this case continue to be stayed through October 18, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this litigation should be resolved in its entirety. Since the last filing, Plaintiff Rahel has arrived in the United States. The United Nations' International Office of Migration ("IOM") is responsible for rescheduling Plaintiffs Sirak's and Miriam's travel to the United States. The Embassy has no role in scheduling travel and does not have information concerning the status of IOM's scheduling of their travel.

Therefore, the parties believe good cause exists to stay this proceeding through October 18, 2024, to save the parties and the Court from spending unnecessary time and judicial resources on this matter. Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through October 18, 2024. The parties will submit a joint status report on or before October 18, 2024.

DATED this 18th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | s/ Jane Marie O'Sullivan<br>JANE MARIE O'SULLIVAN, WSBA#34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email: jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

**I certify that this memorandum contains 301 words, in compliance with the Local Civil Rules**

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before October 18, 2024.

DATED this 19th day of September 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:23-cv-00870-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800