District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSIGAB A. GEBRAY, *et al.*,<br><br>                Plaintiffs,<br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                Defendants. | Case No. 2:23-cv-00870-BJR<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of Plaintiffs Rahel's, Miriam's, and Sirak's Form 1-730s, Refugee/Asylee Relative Petitions. This processing has been completed and Rahel, Miriam and Sirak are now in the United States. Accordingly, this case is moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00870-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1     DATED this 16th day of October, 2024.

2 Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA #34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email: jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 81 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00870-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 18th day of October, 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-00870-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800